JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
mina.chang@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE LUIS MONTOYA,<br><br>            Defendant. | Case No. 2:18-cr-0233-KJD-NJK<br><br>**Government's Unopposed Motion to Dismiss the Petition for Revocation of Supervised Release [ECF No. 52] and Vacate the Status Hearing on Revocation of Supervised Release** |

Certification: This motion is timely filed.

The United States of America, by and through the undersigned, respectfully requests that the Court dismiss the Petition for Revocation of Supervised Release (ECF No. 52) and that the Status Hearing on Revocation of Supervised Release, currently scheduled for April 23, 2024, at 9:30 a.m. (ECF No. 63) be vacated.

On August 30, 2023, United States Probation filed a petition for the revocation of defendant Jose Luis Montoya's supervised release, which alleged violations of defendant's No Alcohol condition. ECF No. 52. At defendant's revocation hearing on September 14, 2023, the Court held defendant's sentencing in abeyance for six months. ECF No. 63.

Since his revocation hearing, defendant has continued under supervision without issue, and his probation officer confirmed that defendant has not incurred any subsequent

violations. United States Probation agrees with the government's motion to dismiss, and the defense does not object to the dismissal.

As such, the government respectfully requests that: (1) the Petition for Revocation of Supervised Release be dismissed without prejudice; (2) the Status Hearing on Revocation of Supervised Release, currently scheduled for April 23, 2024, at 9:30 a.m. (ECF No. 63) be vacated, and (3) defendant be continued on his current terms of supervision.

Dated this 17th day of April, 2024.

Respectfully Submitted,

JASON M. FRIERSON
United States Attorney

_____/s/ Mina Chang_____
MINA CHANG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LUIS MONTOYA,<br><br>　　　　　Defendant. | Case No. 2:18-cr-0233-KJD-NJK<br><br>**[PROPOSED] ORDER** |

Upon the Government's motion,

　　　IT IS ORDERED that the Petition for Revocation of Supervised Release, ECF No. 52, is hereby dismissed without prejudice; and

　　　IT IS FURTHER ORDERED that the Status Hearing on Revocation of Supervised Release, currently scheduled for April 23, 2024, at 9:30 a.m., ECF No. 63, be vacated; and

　　　IT IS FURTHER ORDERED that defendant Jose Luis Montoya be continued on his current terms of supervision.

DATED this __17th__ day of April, 2024.

_____
HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

3